Receipt # 0596

ECF

ORIGINAL

FILED
JUN 2 2003
U.S. COURT OF FEDERAL CLAIMS

Jeffery R. Price, Attorney Of Record
*Attorney for Plaintiff Fox Construction, Inc.*
BOSTWICK & PRICE, P.C.
One Thirty Nine East
South Temple St., Suite 320
Salt Lake City, Utah 84111

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FOX CONSTRUCTION, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF NAVY,<br><br>Defendant. | **COMPLAINT**<br><br>No. 03-1316C<br><br>Judge ________ |

Plaintiff Fox Construction, Inc. ("Fox") by and through its attorney of record, Jeffery R. Price of BOSTWICK & PRICE, P.C., hereby alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 41 United States Code (U.S.C.) §§ 609 (1) and (3).

2. Venue is properly laid with this Court in that the cause of action arises out of circumstances stemming from a payment dispute over Fox's contract with the United States Department of Navy ("Navy").

## II. GENERAL ALLEGATIONS AND PAYMENT CLAIM

3. Fox is a corporation organized and existing under the laws of the State of Utah,

which maintains its principal place of business in Salt Lake City, Salt Lake County, Utah.

4. On or about May 15, 1998, Fox entered into Contract Number N 68711-98-C-2135 ("Contract"); P-202, Ordnance Facility at Naval Air Facility, El Centro, California ("Project") with the United States Department of Navy.

5. Fox constructed the Project from approximately Summer, 1998 through approximately Summer, 2000.

6. A final inspection of the Project was conducted on or about June 15, 2000, which resulted in the facility being accepted and was transferred to the Navy, for final custody and maintenance.

7. The total Contract amount on the Project was $8,709,941.34.

8. On or about May 31, 2002, Fox reserved its right to make a claim for $813,726.95 against the Navy.

9. On or about June 7, 2002, Fox signed a Contractor's Release.

10. On or about June 28, 2002, the Navy returned Fox's Contractor's Release as unacceptable.

11. On or about June 28, 2002, Fox signed a new Contractor's Release, again reserving its right to file a claim against the Navy for $813,726.95 at a later date.

12. Fox received final payment of the Contract amount on or about August 13, 2002.

13. Fox incurred damages under the Contract as a result of delays caused by the Navy and is entitled to an equitable adjustment totaling $813,726.95.

14. On or about April 29, 2003, Fox demanded an equitable adjustment of $813,726.95 on the Contract.

15. To date, the Navy has refused and otherwise withheld payment from Fox of the $813,726.95 owing, despite demand from Fox.

16. Fox fully and properly performed its contractual responsibilities and is entitled to payment of the $813,726.95.

17. The Navy has wrongfully withheld the equitable adjustment under the Contract from Fox in breach of the Contract.

## III. DEMAND FOR JUDGMENT

WHEREFORE Fox prays for judgment against the Defendant as follows:

1. That the Court declare the rights and obligations of the parties under the terms of the Contract;

2. For judgment against the United States Department of Navy in the amount of $813,726.95 or as provided at trial, plus pre- and post-judgment interest at the appropriate legal rate;

3. For judgment against the United States Department of Navy for attorneys' fees for having to file and prosecute this action.

4. Such other and further relief as the Court deems just and equitable in the premises.

///

///

///

///

///

DATED this 30th day of May, 2003.

**BOSTWICK & PRICE, P.C.**

By: ______________________
Jeffery R. Price, Attorney of Record
*Attorney for Plaintiff Fox Construction, Inc.*

Telephone: (801) 961-7400
Facsimile: (801) 961-7406

Robert K. Reynard, Of Counsel