ECF

ORIGINAL

COVER SHEET

RECEIVED & FILED

JUN 2 2003

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Fox Construction, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Jeffery R. Price

Firm Name: Bostwick & Price, P.C.

03-1316C

Post Office Box: n/a

Street Address: 139 E. South Temple, Suite 320

City-State-Zip: Salt Lake City, Utah 84111

Telephone & Facsimile Numbers: T (801) 961-7400 F (801) 961-7406

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 0 0

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: N A V

See attached sheet for three digit codes.

Amount Claimed: $ 813,726.95

Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) n/a

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly r ted case(s). See RCFC 40.2.