Jeffery R. Price, Attorney Of Record
*Attorney for Plaintiff Fox Construction, Inc.*
BOSTWICK & PRICE, P.C.
One Thirty Nine East
South Temple St., Suite 320
Salt Lake City, Utah 84111

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FOX CONSTRUCTION, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF NAVY,<br><br>Defendant. | **RULE 41(a)(1)(i) NOTICE OF DISMISSAL, *WITHOUT PREJUDICE***<br><br>No.03-1316C<br><br>Judge Allegra |

Plaintiff Fox Construction, Inc. ( Fox ), by and through its attorney of record, Jeffery R. Price of BOSTWICK & PRICE, P.C., and pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims, hereby respectfully files this Notice of Dismissal of Fox s Complaint, *without prejudice*. The basis for this Notice is as follows.

1. On or about April 29, 2003, Fox requested a final determination from the United States Navy Contracting Officer on Fox s contract with the Navy.

2. No final determination has been issued by the contracting officer.

3. Fox filed a Complaint with this Court on or about June 2, 2003.

4. The United States Navy has not filed an Answer to the Complaint.

5. Because there has been no final determination, Fox s Complaint is premature.

6. Because the Navy has not yet answered the Complaint, Fox is entitled to withdraw its Complaint, without prejudice, and without Order of the Court.

WHEREFORE, Fox respectfully files this Notice of dismissal of its Complaint, without prejudice, pursuant to United States Court of Federal Claims Rule 41(a)(1)(i).

DATED this 5th day of August, 2003.

**BOSTWICK & PRICE, P.C.**

By:_____s/____________________________

Jeffery R. Price, Attorney of Record
*Attorney for Plaintiff Fox Construction, Inc.*

Telephone: (801) 961-7400
Facsimile: (801) 961-7406

Robert K. Reynard, Of Counsel